# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:17-MJ-247 |
| JASON MARK SIMS | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

F I L E D
JUN 1 3 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 4, 2016  in the county of  Prince William  in the  Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a) | Receipt, distribution, and possession of child pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Peter Kaupp
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/13/17

City and state:

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

The Honorable Michael S. Nachmanoff
*Printed name and title*