FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2017 AUG 29 P 1: 30

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO.: 1:17-CR-191 |
| JASON MARK SIMS, | |
| Defendant. | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT: From or around June 2016 through on or about February 2017, the defendant, JASON MARK SIMS, did knowingly and unlawfully distribute visual depictions that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contain materials which had been so mailed and shipped and transported by any means, including by computer; to wit: videos and still images depicting minor and prepubescent children engaging in sexually explicit conduct including, but not limited to, actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Section 2252(a)(2)).

Dana J. Boente
United States Attorney

By: _____
Laura Fong
Kellen S. Dwyer
Assistant United States Attorneys