# ATTACHMENT 1

EXHIBIT FILED UNDER SEAL WITH THE CLERK'S OFFICE

Case 1:17-cr-00191-TSE   Document 47-1   Filed 11/29/17   Page 2 of 2 PageID# 271